# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:09cr21

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| VINCENT THURMAN WHITE. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 7] without prejudice, filed March 19, 2009.

The Court finds that the Government's motion for the dismissal of the Bill of Indictment against this Defendant should be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 7] without prejudice is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to certify copies of this Order to the United States Probation Office, United States Marshal Service and the United States Attorney's Office.

Martin Reidinger
United States District Judge

Signed: March 24, 2009